RICHARD N. CAFRO ET AL. *v.* LAWRENCE P. BROPHY ET AL.

The defendants' cross petition for certification for appeal from the Appellate Court, 62 Conn. App. 113 (AC 18478), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Hugh F. Keefe,* in support of the cross petition.

Decided June 19, 2001

STATE OF CONNECTICUT *v.* ANDREW OWENS

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 245 (AC 18013), is denied.

*Del Atwell,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.